UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:26-cv-07326-AB-E | Date: | September 9, 2026 |
|---|---|---|---|

Title: *Tim A. Farrell et al v. Porsche Cars North America, Inc. et al*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings: [In Chambers] ORDER DENYING MOTION FOR REMAND [Dkt. No. 18]**

Before the Court is Plaintiffs Tim A. Farrell and Haidy Rivas Farrell's ("Plaintiffs") Motion for Remand ("Motion," Dkt. No. 14). Defendant Porsche Cars North America, Inc. filed an opposition. Plaintiffs did not file a reply.

The Court concludes that Defendant has met its burden of establishing that diversity of citizenship exists between the parties and that the amount in controversy exceeds the jurisdictional threshold of $75,000 by a preponderance of the evidence. Defendant has therefore established diversity jurisdiction. The Court therefore **DENIES** the Motion.

**IT IS SO ORDERED**.